AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>DYLAN OSTRUM<br><br>*Defendant* | )<br>)   Case No.   1:21-mj-0102<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Dylan Ostrum                                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession with Intent to Distribute 500 Grams or More of Methamphetamine, in violation of 21
U.S.C. §§ 841(a)(1);
Count 2: Previously Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).


Date:  Date: 2/4/2021

City and state:     Indianapolis, IN

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

---

### Return

This warrant was received on *(date)* 02/04/2021   , and the person was arrested on *(date)* 02/03/2021
at *(city and state)* INDIANAPOLIS, INDIANA

Date: 02/09/2021

*Arresting officer's signature*

TODO BEVINGTON - ATF S/A
*Printed name and title*