**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:21-mj-00102-TAB-1 ) |
| DYLAN OSTRUM, | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW DOCUMENTS 13 AND 14
## DEFENDANT'S MOTION TO WITHDRAW APPEARANCE AND SUBMISSION OF PROPOSED ORDER ON MOTION TO WITHDRAW APPEARANCE

Comes now Defendant Dylan Ostrum, by counsel, H. Samuel Ansell, and moves the Court to withdraw Document 13 Defendant's Motion to Withdraw Appearance filed with this Court on February 18, 2021 and Document 14 Submission of Proposed Order on Motion to Withdraw Appearance filed with this court on February 19, 2021 due to an electronic filing error in the filing.

**WHEREFORE**, the Defendant prays that this Honorable Court issue an Order Withdrawing Defendant's Motion to Withdraw Appearance.

Respectfully submitted,

*H. Samuel Ansell*
H. Samuel Ansell

## CERTIFICATE OF SERVICE

I certify that on February 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*H. Samuel Ansell*
H. Samuel Ansell